# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

ST. GEORGE, ET AL.

CIVIL ACTION

24-342-SDD-RLB

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 10, 2025, to which *Objections*[3] were filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion to Dismiss (R. Doc. 11) is GRANTED and Plaintiff's case shall be DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 7 day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 14.
[3] Rec. Docs. 15 and 16.